SOLÁ, RECURRENTE, *v.* EL REGISTRADOR, RECURRIDO.

RECURSO gubernativo contra resolución del Registrador de la Propiedad de Caguas.

No. 134.—Resuelto en febrero 4, 1913.

SOLAR MUNICIPAL NO INSCRITO—INSCRIPCIÓN DE LA CASA RADICADA EN ÉL.—No puede inscribirse a favor de su dueño la casa construída sobre un solar del municipio no inscrito en el registro, sin antes inscribir el solar a favor del municipio.

Los hechos están expresados en la opinión.
Abogado del recurrente: *Sr. Andrés Mena.*
El Registrador no compareció.

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Cirilo Solá instó la tramitación de un expediente en la Corte Municipal de Caguas, para acreditar su posesión en concepto de dueño de dos casas situadas en la calle de Rafael Cordero de dicha ciudad de Caguas.

Practicada la información, de acuerdo con la ley, la corte aprobó el expediente y ordenó que se entregara original al interesado para su inscripción en el registro de la propiedad.

Y presentado por el interesado en el registro, el registrador, el 27 de diciembre de 1912, se negó a inscribirlo por medio de la siguiente nota contra la cual se interpuso el presente recurso gubernativo.

"Denegada la inscripción del expediente posesorio que precede, solamente por lo que respecta a la finca marcada con la letra 'b,' de que únicamente se ha pedido inscripción, de acuerdo con la resolución dictada por el Honorable Tribunal Supremo de Puerto Rico, en siete de junio de mil novecientos diez, en el caso de *Hernández v. El Registrador de la Propiedad de Guayama,* por observarse que según el mismo expediente, la casa cuya posesión se trata de inscribir radica en un solar propiedad del municipio de esta ciudad, y no del promovente; extendiéndose en su lugar anotación preventiva por el término legal de ciento veinte días,. a favor del citado promovente Don Cirilo Solá y López, al folio 183 del tomo 37 de esta ciudad, finca No. 1770, anotación letra A."

En su alegato el recurrente alega que la decisión de esta Corte Suprema invocada por el Registrador en su nota, no tiene aplicación a este caso, porque el solar en que está ubicada la casa que se pretende inscribir está ya inscrito en el Registro a favor del Municipio de Caguas, mientras que en el caso resuelto por la Corte Suprema en 7 de junio de 1910, *Hernández v. El Registrador,* 16 D. P. R., 464, el solar no estaba inscrito a favor del municipio.

Examinado el expediente no aparece del mismo con toda claridad el hecho alegado por el recurrente, y como tal hecho es esencial para la decisión del recurso, se solicitó del regis-

trador, que informara sobre el particular. El infórme del registrador, en lo pertinente, dice así:

"* * * el municipio de esta ciudad tiene inscrita a su nombre una finca de 81 cuerdas que adquirió por donación para el fomento de la población; pero el que suscribe no puede precisar si el solar en que enclava la casa marcada con la letra 'b' en el expediente posesorio forma parte de la referida finca, pues no hay constancia alguna de ese hecho en el expediente objeto del recurso, en cuyo informativo no se describen las 81 cuerdas indicadas, ni se hace referencia a su inscripción en el registro, ni se dice en modo alguno que dicho solar sea parte de la aludida finca.

"De la busca de antecedentes que se practicó en el registro al despachar el documento que motiva este recurso, no resultó inscrito a favor del Ayuntamiento de Caguas, ni de ninguna otra persona el solar en que. fué edificada la referida casa, en la forma en qué se le describe en el expediente."

Habiendo, pues, en consideración las constancias del expediente y lo informado por el registrador, no podemos partir como pretende el apelante para la decisión del recurso de la base en que funda toda su argumentación, y no constando que el solar en que se levanta·la casa de que se trata esté inscrito a favor del municipio, el caso debe regirse enteramente por los principios establecidos en el de *Hernández* v. *El Registrador de la Propiedad,* 16 D. P. R., 464; a saber:

"Examinando la resolución del registrador, la encontramos correcta en cuanto a las dos casas, pues estando éstas radicadas en solares del Municipio de Aibonito, no pueden inscribirse en el registro, sin que hayan. sido previamente inscritos los solares, según resoluciones de la Dirección General de los Registros de España, de 1º. de septiembre de 1863, 1º. de enero y 22 de febrero de 1864 y 22 de julio de 1874. Lo principal es el suelo y la edificación lo accesorio."

Por las razones expuestas debe declararse sin lugar el recurso interpuesto y confirmarse la nota recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.